UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| NOBLE L. BENNETT,<br><br>    Petitioner,<br><br>    v.<br><br>Warden SHINN,<br><br>    Respondent. | NO. CV 16-07353-GW (AS)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and dismissed without prejudice.

DATED: January 17, 2018.

_____
GEORGE H. WU
UNITED STATES DISTRICT JUDGE